# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Head, Jr., Hayden W. | 2. Court or Organization<br><br>U.S. District Court, Southern District of Texas | 3. Date of Report<br><br>06/25/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　　☑ Annual　　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>U.S. District Courthouse<br>1133 N. Shoreline Blvd<br>Corpus Christi, TX 78401 |
|---|
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Farm Leasing Agent | Farm, Grayson county, Texas |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W. | 06/25/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W. | 06/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA-Herndon Plant Oakley | | | | | | | | | |
| 2. -Wells Fargo Sweep Account fka Prime Money Market Fund | A | Int./Div. | L | T | | | | | See VIII |
| 3. -Blackrock Strategic Dividend Achievers Trust (BDP) | | None | | | Merged (with line 4) | 2/27/12 | J | | See VIII |
| 4. -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | J | T | Buy (add'l) | 12/31/12 | J | | |
| 5. -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | | | Merged (with line 4) | 3/30/12 | J | | |
| 6. -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | | | Merged (with line 4) | 6/29/12 | J | | |
| 7. -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | | | Merged (with line 4) | 9/28/12 | J | | |
| 8. -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | | | Merged (with line 4) | 12/31/12 | J | | |
| 9. Herndon Plant Oakley Brokerage Account | | | | | | | | | |
| 10. -Wells Fargo Sweep Account fka Prime Money Market Fund | A | Int./Div. | J | T | | | | | See VIII |
| 11. -Susser Petroleum Partners LP | | | J | T | Buy | 12/24/12 | J | | |
| 12. -U.S. Treasury Bond, due 1/15/21 | C | Int./Div. | L | T | | | | | |
| 13. American Bank Accounts, Corpus Christi TX | A | Int./Div. | J | T | | | | | |
| 14. Becks Prime Boc Ltd, Partnership Unit | | None | J | U | | | | | |
| 15. (Becks)Dairy-Ashford /I-10 SE, Ltd Partnership Unit | B | Distribution | J | U | | | | | |
| 16. Transamerica Occidental; Univeral Life Ins Policy | C | Int./Div. | L | T | | | | | |
| 17. Overridding Royalty Int, Nueces Co, Tx & Borden Co. TX | B | Royalty | J | W | | | | | See VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Farm, Grayson Co, Texas | C | Rent | O | W | | | | | See VIII |
| 19. Genworth Life and Annuity Insurance (formerly First Colony) | A | Int./Div. | J | T | | | | | |
| 20. 401(k) Div Inv Var Fund Diversivide Inv Advisor | B | Dividend | K | T | | | | | |
| 21. U. S. Savings bonds, Series EE | C | Int./Div. | | | Matured | 8/1/2012 | J | | See VIII |
| 22. Paid Up Oil and Gas Lease, Grayson Co., TX | | None | | | Matured | 8/9/12 | J | | See VIII |
| 23. Garden Home unit Aransas County, TX | | None | | | Sold | 8/30/12 | L | B | See VIII |
| 24. Navy/Army FCU, Corpus Christi TX (X) | A | Int./Div. | L | T | Buy | 8/30/12 | L | | See VIII |
| 25. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W. | 06/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following notes apply to Section VII. Investments and Trusts, Item #

2 - This is a name change only

10 - This is a name change only

19  Production is sold by Sunoco Partners Marketing & Terminals L.P.

20  The annual tax appraisals from Grayson county are used to evaluate the farm.  These appraisals include both the agricultural value and the fiar market value.

21. This is an estimated date

24  The lease provides for a three year primary term with a two year option for rights to explore for, develop, produce and market oil and gas along with all hydrocarbon nonhydrocarbon substances produced in association therewith.  it is fully paid up as it requires no additional rentals.  If production is obtained, then this document governs the royalties to be paid at Three Sixteenths of said production.  No income was received in 2012. This lease is lease expeired in 2012.  The exact date is an estimate.

25                                                                                      The value reported is     50% interest in the real estate.  This property was sold August 30, 2012.

26.                                                             .  The value reported is     1/2 interest.

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W. | 06/25/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Hayden W. Head, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544